UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

WESLEY JENKINS,

    Plaintiff,

v.

                                    Case No.:   5:22-cv-50-TBR

JOHNSON BROS. CORPORATION,

    Defendant.

_____/

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Territorial jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

## COUNT I

    2.    On or about February 25, 2021, while working aboard the M/V Carole K, Plaintiff was in the engine room which was without handrails on the platform and/or stairs above it allowing for Plaintiff to fall therefrom suffering injury.

    3.    Defendant has deemed Plaintiff to be a longshoresman, harbor worker, or ship repairman per 33 USC 901, et seq, insofar as he is receiving workers' compensation benefits.

    4.    Federal Question jurisdiction (28 USC 1331) exists *vis a vis* 33 USC 905(b) against Defendant in its capacity as vessel owner for the negligently created unsafe conditions — missing handrails — described in allegation 2 above.

    5.    Defendant breached its obligation to exercise reasonable care on Plaintiff's behalf by way of the unsafe conditions alleged aforesaid, on the vessel.

## COUNT II

6. The foregoing allegations are hereby reasserted as though fully stated herein.

7. This count is alleged in the alternative.

8. At all times material to issues herein Plaintiff served as a crewmember/employee of Defendant aboard its vessel(s) with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of the ship.

9. Federal Question jurisdiction (28 USC 1331) is founded under the Jones Act (46 USCA 30104), for negligence and under the general maritime law for unseaworthiness, maintenance and cure.

10. On or about February 25, 2021, while serving as Captain aboard the M/V Carole K, Plaintiff was provided with an inadequate crew necessitating that he do everything by himself including perform engine, oil, and/or generator checks in the engine room which was without handrails on the platform and/or stairs above it allowing for Plaintiff to fall therefrom suffering injury.

11. The situation described in No. 10 above constitutes a failure to provide a safe place to work given rise to by the negligently created unseaworthy conditions described, *i.e.,* lack of handrails and inadequate crew, and give rise to a failure of Defendant to exercise reasonable care, provide a safe place to work, and provide a seaworthy vessel.

## DAMAGES

12. Defendant's wrongful acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

    a. Pain and suffering, past future.

    b. Mortification, humiliation, fright shock and embarrassment.

    c.  Loss of earnings and earning capacity.

    d.  Hospital, pharmaceutical and other cure expenses.

    e.  Aggravation of prior condition, if any there be.

    f.  Inability to engage in social, recreational, and other pursuits previously enjoyed.

    g.  Mental anguish.

    h.  Found (under Count II in the alternative).

    i.  Maintenance, cure, and/or attorney fees (under Count II in the alternative).

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

*/s/ Dennis M. O'Bryan*
Dennis M. O'Bryan

*/s/ Kirk E. Karamanian*
Kirk E. Karamanian
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI   48009
248.258.6262, 248.258.6047 - fax
dob@obryanlaw.net
kkaramanian@obryanlaw.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

WESLEY JENKINS,

    Plaintiff,

                                                                                  Case No.:   5:22-cv-50-TBR

v.

JOHNSON BROS. CORPORATION,

    Defendant.

_____/

## **DEMAND FOR TRIAL BY JURY**

NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                                O'BRYAN BAUN KARAMANIAN

                                                */s/ Dennis M. O'Bryan*
                                                Dennis M. O'Bryan

                                                */s/ Kirk E, Karamanian*
                                                Kirk E. Karamanian
                                                Attorneys for Plaintiff
                                                40l S. Old Woodward, Suite 463
                                                Birmingham, MI   48009
                                                248.258.6262, 248.258.6047
                                                dob@obryanlaw.net
                                                kkaramanian@obryanlaw.net